| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tyreese Laqun Williams<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–6602<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed in chapter: | 7    11/22/22 |
| Case number: | 22–13531 | Date case converted to chapter: | 13    3/24/23 |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                      10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tyreese Laqun Williams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 547 Chestnut Dr<br>Oswego, IL 60543 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 3/28/23 |

**For more information, see page 2**

Debtor **Tyreese Laqun Williams**   Case number 22–13531

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 26, 2023 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | Location:<br>**Appear by Zoom. For instructions, visit: www.lisle13.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/26/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/2/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/2/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/19/23** at **10:45 AM** , Location: **Courtroom 719, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 161 165 5696 and passcode 7490911.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 22-13531-LAH

Tyreese Laqun Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Mar 28, 2023 | Form ID: 309I | Total Noticed: 127 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyreese Laqun Williams, 547 Chestnut Dr, Oswego, IL 60543-9820 |
| 30006987 | + | ATG Credit LLC, PO Box 14895, Chicago, IL 60614-8542 |
| 30007026 | + | ATG Credit LLC, 1043 W. Grandville, Chicago, IL 60660-2152 |
| 30169522 | + | ATI Restoration, 3360 E La Palma, Anaheim, CA 92806-2814 |
| 30006992 | + | ATI Restoration LLC, John N. Walker, Waveland Law Group LLc, 10S. Riverside Plaza, Suite 1925, Chicago, Il 60606-3705 |
| 30032211 | + | Advocate Medical Group, Dreyer Clinic, 28582 Network Place, Chicago, IL 60673-1285 |
| 30006982 | + | Alan Garrow Nealis & Garrow P.C., 2s889 Red Oak Drive, Elburn, IL 60119-9724 |
| 30032214 | + | Amita Health Alexian Brothers, 800 Biesterfield Dr, Elkgrove Village, IL 60007-3310 |
| 30006978 | | Amita Health Mercy Medical Center Aurora, PO Box 74008847, Chicago, IL 60674-8847 |
| 30032215 | + | Anthony Milazzo DS, c/o Alan Garrow, 2S889 Red Oak Drive, Elburn, IL 60119-9724 |
| 30032216 | + | Aurora Emergency Physicians LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 30006967 | | Aurora Emergency Physicians LLC, PO Box 21797, Belfast, ME 04915-4114 |
| 30032217 | + | Aurora Radiology Consultant, PO Box 8788, Coral Springs, FL 33075-8788 |
| 30006980 | + | Billing and Receivables Management Service, 2810 Walker Rd Suite C, Chattanooga, TN 37421-1191 |
| 30006991 | + | Bridget Kunz, Chicago Water & Fire Restoration, 720 N Larch Avenue, Elmhurst, IL 60126-1512 |
| 30032207 | + | Chicago Water & Fire, 720 N Larch Ave, Elmhurst, IL 60126-1512 |
| 30032218 | + | Cove Smart LLC, 14015 Minuteman Drive, Draper, UT 84020-7929 |
| 30006899 | + | Delta Management Associates Inc, 100 Everett Avenue Suite 6, PO Box 9191, Chelsea, MA 02150-9191 |
| 30032219 | + | Edward Hospital, Attn Billing, 24600 W 127th, Plainfield, IL 60585-9507 |
| 30006890 | + | Elite Dental Specialists, 2124 Ogden Ave Suite 104, Aurora, IL 60504-7542 |
| 30032220 | | Elite Dental Specialists, 2127 Ogden Ave Suite 104, Aurora, IL 60504 |
| 30006892 | + | FBCS Services, 330 S Warminster Rd Suite 353, Hatsboro, PA 19040-3433 |
| 30169524 | + | Ford Motor, c/o Louis S Freedman, PO BOX 3228, Naperville, IL 60566-3228 |
| 30007033 | | Ford Motor Credit, PO Box 650574, Dallas, TX 75265-0574 |
| 30006908 | | IICDYR-Integrated Imaging Consultants, PO Box 3484, Toledo, OH 43607-0484 |
| 30033284 | + | IL Collection Services Inc, PO Box 1010, Tinley Park, IL 60477-9110 |
| 30007034 | + | Louis S Freedman, PO Box 3228, Naperville, IL 60566-3228 |
| 30006985 | | MEA - Elk Grove LLC, Po Box 740021, Cincinnati, OH 45274-0021 |
| 30007036 | + | Markoff Law LLC, Kevin M Kelley, 29 N Wacker Dr Suite 1010, Chicago, IL 60606-3203 |
| 30032221 | + | Nowell & Associates, 1813 N Mill St Suite B, Naperville, IL 60563-4872 |
| 30032209 | + | Numark Credit Union, 29 N Wacker Dr, Chicago, IL 60606-3221 |
| 30006969 | + | Oakbrook Allergists S.C., 360 W. Butterfield Rd Suite 140, Elmhurst, IL 60126-5025 |
| 30032223 | + | Oswego Fire, Billing Dept, PO Box 457, Wheeling, IL 60090-0457 |
| 30032210 | + | PHH New Rez, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 30006966 | + | Payments MD, PO Box 8788, Coral Springs, FL 33075-8788 |
| 30006971 | + | Prairie View Orthodontics Ltd, 70 S Constitution Drive Suite 102, Aurora, IL 60506-7343 |
| 30006988 | | Premier Dental Clinic, 1264-A North Lake Street, Aurora, IL 60506 |
| 30006981 | + | Presence Mercy Medical Center Patient Accounts, 1325 Highland Avenue, Aurora, IL 60506-1449 |
| 30006970 | + | Professional Account Management LLC, PO Box 741, Milwaukee, WI 53201-0741 |
| 30007028 | + | Quality Recovery Ser, 572 E. Third Street, Jackson, GA 30233-2105 |
| 30006977 | + | R1 Medical Financial Solutions, PO Box 1259 dept 149882, Oaks, PA 19456-1259 |
| 30007035 | + | Randall S Miller & Associates PC, 70 W. Madison Street Suite 1400, Chicago, IL 60602-4267 |
| 30032224 | + | Rasmussen University, Business Office, 1415 W 22nd St Suite 400, Oak Brook, IL 60523-2023 |

| | | |
|---|---|---|
| 30006963 | + | Recovery Solutions LLC, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 30006961 | + | Richard T Avis Attorney, PO Box 31579, Chicago, IL 60631-0579 |
| 30032225 | + | Rush Copley Medical Center, Patient Accounts, 2000 Ogden Avenue, Aurora, IL 60504-7222 |
| 30006906 | + | Rush Copley Patient Accounts, 2000 Ogden Avenue, Aurora, IL 60504-7222 |
| 30032240 | + | Uplift CBW Bank, 5301 Kietzke Ln Suite 200, Reno, NV 89511-2083 |
| 30007029 | + | Valley Imaging Consultants, 2000 Ogden Ave, Aurora, IL 60504-7222 |
| 30006962 |   | Valley Imaging Consultants LLC, 2 Meridian Blvd 3rd Floor, Wyomissing, PA 19610-3202 |
| 30032242 | + | Weatherly Apartments, 1700 Weatherly Dr, Stone Mountain, GA 30083-5847 |
| 30033281 | + | Windham Professional, 380 Main Street, PO Box 1048, Salem, NH 03079-1048 |
| 30006896 | + | Windham Professionals, 380 Main Street, Salem, NH 03079-2412 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Mar 28 2023 22:38:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: mcguckin_m@lisle13.com | Mar 28 2023 22:39:00 | Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-4350 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Mar 28 2023 22:40:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 30006898 | | Email/Text: EBNProcessing@afni.com | Mar 28 2023 22:40:00 | AFNI, 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 30006984 | | Email/Text: akron_patient_services@teamhealth.com | Mar 28 2023 22:39:00 | Team Health, Akron Billing Center, 3585 Ridge Park Dr, Fairlawn, OH 44333-8203 |
| 30006893 | | Email/Text: bankruptcy@alliance-collections.com | Mar 28 2023 22:38:00 | Alliance Collection Agencies, 3916 S Business Park Ave, Marshfield, WI 54449 |
| 30006907 | | Email/Text: bankruptcy@alliance-collections.com | Mar 28 2023 22:38:00 | Alliance Collection Agency, PO Box 1267, Marshfield, WI 54449-7267 |
| 30006895 | | EDI: ATTWIREBK.COM | Mar 29 2023 02:22:00 | AT&T U-Verse, PO Box 5014, Carol Stream, IL 60197-5014 |
| 30007015 | ^ | MEBN | Mar 28 2023 22:33:51 | ATG Credit LLC, 1700 W Cortland St Ste 205, Chicago, IL 60622-1200 |
| 30006904 | | Email/Text: srco-srco-bankruptcyandprobate@aah.org | Mar 28 2023 22:40:00 | Advocate Health Care, PO Box 3039, Oak Brook, IL 60522-3039 |
| 30032213 | + | EDI: PHINGENESIS | Mar 29 2023 02:23:00 | Affirm/Celtic Bank, 268 S State St Suite 300, Salt Lake City, UT 84111-5314 |
| 30006990 | + | EDI: PHINHARRIS | Mar 29 2023 02:23:00 | Arnold Scott Harris, 111 W Jackson Blvd, Chicago, IL 60604-4135 |
| 30007005 | + | Email/Text: bk@avant.com | Mar 28 2023 22:40:00 | Avant, 222 N LaSalle St Suite 1600, Chicago, IL 60601-1112 |
| 30006979 | ^ | MEBN | Mar 28 2023 22:33:40 | CEP America IL LLP, PO Box 582663, Modesto, CA 95358-0070 |
| 30006989 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Mar 28 2023 22:39:00 | City of Chicago Department of Finance, PO Box 88292, Chicago, IL 60680-1292 |
| 30032212 | | Email/Text: jcarlick@crossriver.com | Mar 28 2023 22:39:00 | Affirm/Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 30007002 | + | EDI: CAPITALONE.COM | Mar 29 2023 02:22:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 30006983 | | Email/Text: feedback@cascadereceivables.com | Mar 28 2023 22:40:00 | Cascade Receivables Management, 4600 S Mill Ave Suite 280, Tempe, AZ 85282-6850 |
| 30006900 | + | EDI: COMCASTCBLCENT | | |

Case 22-13531    Doc 72    Filed 03/30/23    Entered 03/30/23 23:15:03    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0752-1 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Mar 28, 2023 | Form ID: 309I | Total Noticed: 127 |

| | | | |
| --- | --- | --- | --- |
| | | Mar 29 2023 02:22:00 | Comcast Cable Communication LLC, 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2838 |
| 30169523 | + Email/Text: comedbankruptcygroup@exeloncorp.com | Mar 28 2023 22:40:00 | Comed, PO BOX 6111, Carol Stream, IL 60197-6111 |
| 30007003 | + EDI: WFNNB.COM | Mar 29 2023 02:22:00 | Comenity Bank/NWYRK&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 30007016 | + EDI: WFNNB.COM | Mar 29 2023 02:22:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 30007004 | + EDI: WFNNB.COM | Mar 29 2023 02:22:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 30032244 | + Email/Text: comedbankruptcygroup@exeloncorp.com | Mar 28 2023 22:40:00 | Commonwealth Edison Co, 3 Lincoln Center, Attn: Bankruptcy Section, Oak Brook Terrace IL 60181-4204 |
| 30006894 | + EDI: CONVERGENT.COM | Mar 29 2023 02:22:00 | Convergent Outsourcing Inc, 800 SW 39th Suite #100, Renton, WA 98057-4927 |
| 30033280 | + EDI: CONVERGENT.COM | Mar 29 2023 02:22:00 | Convergent Outsourcing Inc, 800 SW 39th St Suite 100, PO Box 9004, Renton, WA 98057-9004 |
| 30006903 | + Email/Text: bknotice@ercbpo.com | Mar 28 2023 22:40:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 30006901 | Email/Text: bknotice@ercbpo.com | Mar 28 2023 22:40:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 30006974 | + Email/Text: bankruptcy@edward.org | Mar 28 2023 22:40:00 | Edward Hospital, 801 S Washington St, Naperville, IL 60540-7499 |
| 30007030 | + Email/Text: bknotice@ercbpo.com | Mar 28 2023 22:40:00 | Enhanced Recovery CO L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 30007013 | + Email/Text: bknotice@ercbpo.com | Mar 28 2023 22:40:00 | Enhanced Recovery Compan, PO Box 57547, Jacksonville, FL 32241-7547 |
| 30006986 | ^ MEBN | Mar 28 2023 22:33:08 | HRRG, PO Box 8486, Coral Springs, FL 33075-8486 |
| 30033282 | + EDI: LCIICSYSTEM | Mar 29 2023 02:22:00 | IC System, 444 Highway 96, PO Box 64378, St Paul, MN 55164-0378 |
| 30033279 | + EDI: LCIICSYSTEM | Mar 29 2023 02:22:00 | IC System, PO Box 64437, St Paul, MN 55164-0437 |
| 30006897 | EDI: LCIICSYSTEM | Mar 29 2023 02:22:00 | IC System Inc, 444 Highway 96 East, PO Box 64378, St. Paul, MN 55164-0378 |
| 30006957 | + Email/Text: bankruptcy@getipass.com | Mar 28 2023 22:39:00 | Illinois Tollway, 2700 Ogden Ave, Downers Grove, IL 60515-1703 |
| 30007019 | EDI: JEFFERSONCAP.COM | Mar 29 2023 02:23:00 | Jefferson Capital SY, 16 McLeland Rd, St Cloud, MN 56303 |
| 30007031 | EDI: JEFFERSONCAP.COM | Mar 29 2023 02:23:00 | Jefferson Capital System, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 30007001 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 22:39:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 30007027 | + Email/Text: support@ljross.com | Mar 28 2023 22:40:00 | L.J. Ross & Associat, 4 Universal Way, Jackson, MI 49202-1455 |
| 30006905 | Email/Text: support@ljross.com | Mar 28 2023 22:40:00 | LJ Ross, PO Box 6099, Jackson, MI 49204-6099 |
| 30007012 | + Email/Text: support@ljross.com | Mar 28 2023 22:40:00 | LJ Ross Assoc, PO Box 1838, Ann Arbor, MI 48106-1838 |
| 30033285 | Email/Text: bankruptcy@r1rcm.com | Mar 28 2023 22:38:00 | R1 Medical Financial Solutions, PO Box 50871, Kalamazoo, MI 49005 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 30007009 | Email/Text: EBN@Mohela.com | Mar 28 2023 22:39:00 | Mohela/Dept of ED, 633 Spirit Drive, Chesterfield, MO 63005 |
| 30007020 | ^ MEBN | Mar 28 2023 22:31:58 | Merchants Credit Gui, 209 S LaSalle St Ste 900, Chicago, IL 60604-1443 |
| 30007032 | ^ MEBN | Mar 28 2023 22:31:52 | Merchants Credit Guide, 209 S LaSalle St, Chicago, IL 60604-1219 |
| 30007010 | ^ MEBN | Mar 28 2023 22:31:59 | Merchants Credit Guide, 209 S LaSalle St Suite 900, Chicago, IL 60604-1443 |
| 30006959 | Email/Text: documents@mcsicollections.com | Mar 28 2023 22:40:00 | Municipal Collection Services LLC, PO Box 327, Palos Heights, IL 60463-0327 |
| 30007006 | + EDI: AGFINANCE.COM | Mar 29 2023 02:22:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 30032222 | + EDI: AGFINANCE.COM | Mar 29 2023 02:22:00 | OneMain Financial, 12337 Illinois Rt 59 #139, Plainfield, IL 60585-4605 |
| 30007018 | + EDI: LCIPHHMRGT | Mar 29 2023 02:22:00 | PHH Mortgage Service, 1 Mortgage Way, MT Laurel, NJ 08054-4624 |
| 30007021 | + Email/Text: admin@paypps.com | Mar 28 2023 22:40:00 | Professional Placeme, 272 N. 12th St, Milwaukee, WI 53233-2604 |
| 30033283 | + Email/Text: admin@paypps.com | Mar 28 2023 22:40:00 | Professional Placement Service LLC, PO Box 612, Milwaukee, WI 53201-0612 |
| 30006960 | Email/Text: admin@paypps.com | Mar 28 2023 22:40:00 | Professional Placement Services, PO Box 612, Milwaukee, WI 53201-0612 |
| 30007011 | + Email/Text: admin@paypps.com | Mar 28 2023 22:40:00 | Professional Placements, 272 N. 12th Street, Milwaukee, WI 53233-2604 |
| 30169525 | ^ MEBN | Mar 28 2023 22:33:23 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 30007007 | ^ MEBN | Mar 28 2023 22:33:23 | Prosper Marketplace, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 30006968 | Email/Text: bankruptcy@sequium.com | Mar 28 2023 22:39:00 | Sequium Asset Solutions LLC, 1130 Northchase Parkway Suite 150, Marietta, GA 30067 |
| 30006958 | Email/Text: amieg@stcol.com | Mar 28 2023 22:39:00 | State Collection Service Inc, 2509 S. Stoughton Rd, Madison, WI 53716 |
| 30032239 | + EDI: RMSC.COM | Mar 29 2023 02:22:00 | SYNCB Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 30006994 | + EDI: RMSC.COM | Mar 29 2023 02:22:00 | SynCB/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 30007046 | + EDI: RMSC.COM | Mar 29 2023 02:22:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 30006889 | + Email/Text: bankruptcy@getipass.com | Mar 28 2023 22:39:00 | The Illinois Tollway, PO Box 5544, Chicago, IL 60680-5491 |
| 30006891 | + Email/Text: bankruptcydepartment@tsico.com | Mar 28 2023 22:40:00 | Transworld System Inc, 500 Virginia Drive Suite 514, Ft. Washington, PA 19034-2733 |
| 30007017 | Email/Text: bankruptcies@uplift.com | Mar 28 2023 22:39:00 | Uplift Inc, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 30006993 | Email/Text: vci.bkcy@vwcredit.com | Mar 28 2023 22:40:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |
| 30032208 | Email/Text: vci.bkcy@vwcredit.com | Mar 28 2023 22:40:00 | Volkswagen Credit, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 30084120 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 28 2023 22:39:00 | VW Credit Inc, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

Case 22-13531   Doc 72   Filed 03/30/23   Entered 03/30/23 23:15:03   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0752-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 28, 2023 | Form ID: 309I | Total Noticed: 127 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 30032241 | + | EDI: VERIZONCOMB.COM | Mar 29 2023 02:22:00 | Verizon, Bankruptcy Group, PO Box 3397, Bloomington, IL 61702-3397 |
| 30006902 | + | EDI: VERIZONCOMB.COM | Mar 29 2023 02:22:00 | Verizon Wireless, One Verizon Way, Basking Ridge, NJ 07920-1097 |
| 30006964 |  | EDI: VERIZONCOMB.COM | Mar 29 2023 02:22:00 | Verizon Wireless, PO Box 660108, Dallas, TX 75266-0108 |
| 30007014 |  | Email/Text: bankruptcytn@wakeassoc.com | Mar 28 2023 22:39:00 | Wakefield And Associates, PO Box 50250, Knoxville, TN 37950 |
| 30007008 |  | Email/Text: bankruptcydept@wyn.com | Mar 28 2023 22:40:00 | Wyndham Vacation Resorts, 10750 W Charleston Blvd Suite 130, Las Vegas, NV 89135 |
| 30032243 | + | Email/Text: bankruptcydept@wyn.com | Mar 28 2023 22:40:00 | Wyndham Vacation Resorts, 6277 Seaharbor Dr, Orlando, FL 32821-8027 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30006965 | * | Professional Placement Services LLC, PO Box 612, Milwaukee, WI 53201-0612 |
| 30032245 | *+ | The Illinois Tollway, PO Box 5544, Chicago IL 60680-5491 |
| 30006972 | ##+ | Malcolm S Gerald & Associates, 1930 Thoreau Drive Suite 100, Schaumburg, IL 60173-4179 |
| 30006973 | ##+ | Merchant Credit Guide Co, 223 W Jackson Blvd #700, Chicago, IL 60606-6914 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Tyreese Laqun Williams cutlerfilings@gmail.com r48280@notify.bestcase.com |
| Glenn B Stearns | stearns_g@lisle13.com |
| John Walker | on behalf of Creditor ATI Restoration LLC f/k/a American Technologies, Inc. john_n_walker@wavelandlaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Peter N Metrou | on behalf of Trustee Peter N Metrou trustee7@metandnem.com pmetrou@ecf.axosfs.com |

District/off: 0752-1 | User: admin | Page 6 of 6
Date Rcvd: Mar 28, 2023 | Form ID: 309I | Total Noticed: 127

Tyreese Laqun Williams
   tywilliams2@yahoo.com

TOTAL: 6